IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-043-RJC-DCK

| XIUQIN CHEN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALEJANDRO MAYORKAS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Second Extension Of Time To Answer Or In The Alternative Motion To Stay" (Document No. 10) filed March 30, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Second Extension Of Time To Answer Or In The Alternative Motion To Stay" (Document No. 10) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **June 30, 2023.**

**SO ORDERED**.

Signed: March 31, 2023

David C. Keesler
United States Magistrate Judge